896 A.2d 507

**In re Nomination Petition of Emilio VAZQUEZ for the 179th District in the Pennsylvania House of Representatives.**

**Appeal of Emilio A. Vazquez.**

Supreme Court of Pennsylvania.

April 18, 2006.

***ORDER***

PER CURIAM.

**AND NOW,** this 18th day of April, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**